

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Martin Mata, and wife Enna Fernandez Mata Individually and Fabrizio Mata, Appellants<br><br>No. 06-21-00089-CV     v.<br><br>Argos USA LLC, Appellees | Appeal from the 61st District Court of Harris County, Texas (Tr. Ct. No. 2018-62967-D). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's summary judgment and dismissal of all the appellants claims against Argos USA LLC.

We further order that the appellants, Martin Mata, Enna Fernandez Mata, and Fabrizio Mata, pay all costs incurred by reason of this appeal.

RENDERED APRIL 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk